### Ex PARTE J. D. ATKINSON.

#### No. 7192.   Decided June 23, 1922.

**Habeas Corpus—Reduction of Bail.**

Where relator presented an original application for writ of habeas corpus seeking reduction of bail, fixed by the trial judge pending appeal after conviction and the question presented is identical with a companion case, the application must be dismissed.

From Bowie County.
Original habeas corpus proceedings asking reduction of bail.
The opinion states the case.

*Sid Crumpton,* for applicant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Relator presents an original application for writ of habeas corpus seeking reduction of bail fixed by the trial judge pending appeal after conviction.

The question presented is identical with that in Ex parte Thompson, No. 7165, disposed of this date by dismissing the application.

The application in the instant case is dismissed without prejudice to relator's rights to pursue the course suggested in the opinion in the Thompson case, (supra), to which reference is made for our reason therefor.

*Dismissed.*